Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

## UNITED STATES COURT DISTRICT COURT

### DISTRICT OF OREGON

**CHRISTINA S.,**

                    Plaintiff,

        vs.

Commissioner of Social Security
Administration,

               Defendant.

Civil No. 6:21-cv-01393-HL

**ORDER APPROVING
ATTORNEY FEES PURSUANT TO
42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection,

Plaintiff's Motion is hereby granted in the sum of $22,037.50, less Equal Access to Justice

("EAJA") fees already received by Plaintiff's attorneys in the amounts of $5,808.57 for the

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -      1

first federal-court appeal and $8,607.50 for the second appeal, for a net cost to Plaintiff herein of $7,621.43, as settlement of attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's attorneys, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401, consistent with this order.  There are no other costs.

IT IS SO ORDERED this day of _____ June 30 , 2023

_____
U.S. District Judge/Magistrate Judge


PRESENTED BY:

By:    /s/ LUKE MOEN-JOHNSON
       Luke Moen-Johnson, OSB #185632
       Of Attorneys for Plaintiff