Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTINA S.,** | Civil No. 6:21-CV-01393-HL |
| Plaintiff, | |
| vs. | **ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| **Commissioner of Social Security Administration,** | |
| Defendant. | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. §406(b), and Defendant's response, it is this 5th day of December, 2023, by the

United States District Court for the Eugene Division, District of Oregon, ORDERED that Luke Moen-Johnson is awarded an attorney's fee for Plaintiff's auxiliary retroactive benefits under the Social Security Act, 42 U.S.C. §406(b), in the amount of $18,851.50 (or 25% of Plaintiff's auxiliary retroactive benefits, whichever is less).

_____
Andrew D. Hallman
U.S..Magistrate Judge

PRESENTED BY:

By:   /s/ LUKE MOEN-JOHNSON
      Luke Moen-Johnson, OSB #185632
      Of Attorneys for Plaintiff

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    2